# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART SMITH, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) ROMAN FINANCIAL GROUP LLC, ) and DOES 1 through 10, inclusive, and ) each of them, ) ) Defendants. | Case No. 2:22-cv-02434-KSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 18th day of October, 2022

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman (SBN 310961)
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2022, the foregoing document was filed electronically with the United States District Court for the Eastern District of Pennsylvania, which will generate a notice of such filing to all counsel of record.

                  LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                  s/Todd M. Friedman, Esq.
                  Todd M. Friedman (SBN 310961)
                  Attorney for Plaintiff
                  Law Offices of Todd M. Friedman, P.C.
                  21031 Ventura Blvd., Suite 340
                  Woodland Hills, CA 91364
                  Phone: 323-306-4234
                  Fax: 866-633-0228
                  tfriedman@toddflaw.com